UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAEQUAN SMITH,

                    Plaintiff,                    24-cv-6086 (JGK)

          - against -                    ORDER

DEPARTMENT OF CORRECTION OF NEW
YORK CITY, ET AL.,
                    Defendants.

---

JOHN G. KOELTL, District Judge:

     The plaintiff should advise the Court of his current
address by **January 6, 2025**. If the plaintiff does not provide
his current address this action may be dismissed without
prejudice for failure to prosecute.

     The Clerk is directed to mail this Order to the pro se
plaintiff's last known address and to note such mailing on the
docket.

SO ORDERED.
Dated:    New York, New York
          December 16, 2024

                                        John G. Koeltl
                                        United States District Judge