UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAEQUAN SMITH,

                Plaintiff,

   - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

24-cv-6086 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On January 7, 2025, the Court scheduled a pre-motion conference in this case. ECF No. 18. The Court also ordered the defendants to make arrangements for the plaintiff's availability. Id.

    On January 15, 2025, the defendants informed the Court that on November 8, 2024, the plaintiff left the custody of the New York City Department of Correction. ECF No. 19. Accordingly, the defendants are relieved of the obligation to produce the plaintiff at the pre-motion conference scheduled for January 23, 2025.

    Moreover, on December 12, 2024, the Court ordered the plaintiff to advise the Court of his current address by January 6, 2025. ECF No. 15. The Court warned that if the plaintiff failed to update his address by that date, this action may be dismissed without prejudice for failure to prosecute. Id. To date, no such update has been provided.

Accordingly, this action is **dismissed without prejudice** for failure to prosecute. All pending motions are dismissed as moot. All conferences are canceled. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:   New York, New York
         January 16, 2025

　　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　United States District Judge